UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN ADAM ROGERS,

    Petitioner,

Case No. 1:13-CV-552

v.

HON. GORDON J. QUIST

SHERRY BURT,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 14, 2013. A copy of the Report and Recommendation was initially served on Petitioner on June 17, 2013. A second copy of the Report and Recommendation was served on Petitioner on July 2, 2013, after Petitioner filed a change of address. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 14, 2013 (docket no. 4), is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

Dated: July 23, 2013                                                /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE